UNITED STATES COURT OF FEDERAL CLAIMS

AIRPORT INDUSTRIAL PARK, INC.
d/b/a P.E.C. CONTRACTING ENGINEERS,

Plaintiff,

Case No. 02-1077C

v

HON. EMILY C. HEWITT

UNITED STATES OF AMERICA,

Defendant.

Stephen A. Hilger (P44776)
RHOADES, McKEE
Attorneys for Plaintiff
161 Ottawa Ave., N.W., Suite 600
Grand Rapids, MI 4950
(616) 235-3500

Andrew P. Averbach
Attorney for Defendant
Commercial Litigation Branch
Department of Justice, Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 307-0290

**RESPONSE OF PLAINTIFF TO DEFENDANT'S MOTION TO SUSPEND DISCOVERY**

Plaintiff, Airport Industrial Park, Inc. d/b/a P.E.C. Contracting Engineers received and reviewed the Motion of the Defendant to Suspend Discovery and to hold discovery deadlines pending resolution of the Motion for Summary Judgment, and gives notice that it has no objection to the relief sought.

Dated: October 8, 2003

RHOADES McKEE
Attorneys for Plaintiff

By: /s/
Stephen A. Hilger (P44776)
Business Address:
161 Ottawa Avenue, N. W., Suite 600
Grand Rapids, MI 49503
Telephone: (616) 235-3500