# SOLICITATION, OFFER AND AWARD
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|
| DACW59-99-B-0001 | [X] SEALED BID (IFB)<br>[ ] NEGOTIATED (RFP) | 12/01/98 | |

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| | W81ET4-8302-0079 | |

| 7. ISSUED BY | CODE CT-P-001 | 8. ADDRESS OFFER TO |
|---|---|---|
| US ARMY ENGR DISTRICT PGH<br>727 W S MOORHEAD FED BLDG<br>1000 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4186 | | US ARMY ENGR DISTRICT PGH<br>727 W S MOORHEAD FED BLDG<br>1000 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4186 |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | DARLENE A. YOUNG | 412-395-7478 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

NEW DOCK FRONT

PITTSBURGH ENGINEER WAREHOUSE

AND REPAIR SHOPS

NEVILLE ISLAND, PENNSYLVANIA

THIS PROCUREMENT IS 100% SET-ASIDE FOR SMALL BUSINESSES

PLEASE SEE CLAUSE 52.204-4004, SECTION 00700, REGARDING REQUIREMENT THAT ALL CONTRACTORS MUST BE REGISTERED IN THE CENTRAL CONTRACTOR REGISTRATION (CCR) DATABASE TO BE ELIGIBLE FOR ANY CONTRACT AWARD.

11. The Contractor shall begin performance within 10 calendar days and complete it within 365 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ________ .)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| [X] YES [ ] NO | 10 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 1100 AM *(hour)* local time 01/05/99 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.