OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)

Airport Industrial Park, Inc. d/b/a
P.E.C. Contracting Engineers
'420 Lorigan Street
,ttsburgh, PA 15224
DUNS NO. 119116887

CODE 1JJL7 FACILITY CODE

15. TELEPHONE NO. (Include area code)

412/621-1944

16. REMITTANCE ADDRESS (Include only if different than Item 14)

P.O. Box 7872,
Pittsburgh, PA 15215

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ____________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ SEE ATTACHED UNIT PRICE SCHEDULE

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 1 | 2 | 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 12/22/98 | 1/15/99 | 1/26/99 | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

Paul E. Chambers, President

20B. SIGNATURE

Paul E. Chambers Pres

20C. OFFER DATE

2/17/99

AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

96NAX4902.0000 H41999 08 2439 1099.009.00596364252000 1TSK

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM 21

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) (     ) ☐ 41 U.S.C. 253(c) (     )

26. ADMINISTERED BY CODE

US ARMY ENGINEER DISTRICT, PITTSBURGH
CORPS OF ENGINEERS, WM. S. MOORHEAD
FEDERAL BUILDING, 1000 LIBERTY AVENUE
PITTSBURGH, PA 15222-4186

27. PAYMENT WILL BE MADE BY

USAED PITTSBURGH DISTRICT
C/O USACE FINANCE CENTER
MAIL STOP 351
7800 THIRD AVENUE
MILLINGTON, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *Contractor is required to sign this document and return ____________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

SECTION 00010
SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | * QUANTITY | U/M | U/P | AMOUNT |
|---|---|---|---|---|---|
| 0001 | REIMBURSEMENT FOR ACTUAL PERFORMANCE AND PAYMENT BONDS PREMIUM (SEE SECTION 00800) | | NOT TO EXCEED | | $ 58,000.00 |
| 0002 | PROGRESS PHOTOGRAPHS (Sets of 6) | 6 | SE | $ 850.00 | $ 5,100.00 |
| 0003 | REMOVALS | 1 | JB | SUM | $ 50,000.00 |
| 0004 | DEFORMED STEEL BARS FOR CONCRETE REINFORCEMENT | 155,500 | LB | $ .60 | $ 93,300.00 |
| 0005 | METAL SHEET PILING | 31,600 | LF | $ 39.00 | $ 1,232,400.00 |
| 0006 | MISCELLANEOUS METAL | 107,000 | LB | $ 1.68 | $ 179,760.00 |
| 0007 | STORM PIPE EXTENSIONS | 1 | JB | SUM | $ 10,000.00 |
| 0008 | STEEL H-PILES | | | | |
| 0008A | EXTENDED FENDERS, W14X398 | 1,280 | LF | $ 185.00 | $ 236,800.00 |
| 0008B | CLOSURES, HP14X89 | 120 | LF | $ 166.00 | $ 19,920.00 |
| 0008C | LADDER RECESS, HP8X36 | 2,090 | LF | $ 79.00 | $ 165,110.00 |
| 0009 | ACCESS LADDERS | 250 | LF | $ 120.00 | $ 30,000.00 |
| 0010 | SELECT FILL MATERIAL | 2,745 | CD | $ 33.00 | $ 90,585.00 |
| 0011 | CONTROLLED LOW STRENGTH MATERIAL | 3,600 | CD | $ 76.00 | $ 273,600.00 |
| 0012 | CONCRETE FOR MINOR STRUCTURES | 765 | CD | $ 287.00 | $ 219,555.00 |
| 0013 | PERMANENT ANCHOR SYSTEM | | | | |
| 0013A | TYPE 1, ROCK ANCHORS | 91 | EA | $ 12,261.00 | $ 1,115,751.00 |
| 0013B | TYPE 2, SOIL ANCHORS | 36 | EA | $ 9,200.00 | $ 331,200.00 |
| 0013C | GROUTING AND REDRILLING ANCHOR HOLES | 45 | EA | $ 1,360.00 | $ 61,200.00 |
| 0014 | PRECAST CONCRETE WALL PANELS | 3,270 | SF | $ 25.00 | $ 81,750.00 |
| 0015 | PIER TIMBERWORK | 4,710 | LF | $ 70.00 | $ 329,700.00 |
| 0016 | HANDRAILING | 1,000 | LF | $ 40.00 | $ 40,000.00 |
| 0017 | MOORING RINGS | 52 | EA | $ 250.00 | $ 13,000.00 |
| 0018 | KEVELS | 17 | EA | $ 600.00 | $ 10,200.00 |
| | TOTAL, ITEMS 0001 THRU 0018, INCLUSIVE | | | | $ 4,646,931.00 |

* ALL QUANTITIES ARE ESTIMATED, EXCEPT WHERE THE UNIT IS GIVEN AS "JB"

NOTE: ALL EXTENSIONS OF THE UNIT PRICES SHOWN WILL BE SUBJECT TO VERIFICATION BY THE GOVERNMENT.



Underlined text revised by Amendment No. DACW59-99-B-0001-0002

*UNIT PRICE BIDSHEET*

*JOB NAME*
NEVILLE ISLAND DOCK FRONT

*JOB #*
1647

*BID TOTAL :*
4732380

| ITEM # | DESCRIPTION | QTY. | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 0001 | PERFORMANCE BOND | 1 | LS | $58,000.00 | 58000 |
| 0002 | PROGRESS PHOTO | 6 | SE | $850.00 | 5100 |
| 0003 | REMOVALS | 1 | JB | $50,000.00 | 50000 |
| 0004 | DEFORMED STEEL BARS | 155,500 | LB | $0.60 | 93300 |
| 0005 | METAL SHEET PILING | 31,600 | LF | $39.00 | 1232400 |
| 0006 | MISC. METALS | 107,000 | LB | $1.68 | 179760 |
| 0007 | STORM PIPE EXTENTIONS | 1 | JB | $10,000 | 10000 |
| 0008 | STEEL H-PILES | | | | |
| 0008A | EXTENDED FENDERS | 1,280 | LF | $185.00 | 236800 |
| 0008B | CLOSUERS, HP14X89 | 120 | LF | $166.00 | 19920 |
| 0008C | LADDER RECESS, HP 8X36 | 2,090 | LF | $79.00 | 165110 |
| 0009 | ACCESS LADDERS | 250 | LF | $120.00 | 30000 |
| 0010 | SELECT FILL MATERIAL | 2,745 | CD | $33.00 | 90585 |
| 0011 | CONTROLLED LOW STR. MATERIAL | 3,600 | CD | $76.00 | 273600 |
| 0012 | CONCRETE FOR MINOR STRUCTURE | 765 | CD | $287.00 | 219555 |
| 0013 | ANCHOR SYSTEM | | | | |
| 0013A | TYPE 1 ROCK ANCHORS | 91 | EA | $13,200 | 1201200 |
| 0013B | TYPE 2, SOIL ANCHORS | 36 | EA | $9,200 | 331200 |
| 0013C | GROUT AND REDRILL ANCH. HOLE | 45 | EA | $1,360 | 61200 |
| 0014 | PRECAST CONCRETE WALL PANEL | 3,270 | SF | $25.00 | 81750 |
| 0015 | PIER TIMBERWORK | 4,710 | LF | $70.00 | 329700 |
| 0016 | HANDRAILING | 1,000 | LF | $40.00 | 40000 |
| 0017 | MOORING RINGS | 52 | EA | $250.00 | 13000 |
| 0018 | KEVELS | 17 | EA | $600.00 | 10200 |
| | | | | *BID TOTAL :* | 4732380 |

| ITEM | DESCRIPTION | QUANTITY | U/M | U/P | AMOUNT |
|---|---|---|---|---|---|

PLEASE DO NOT ROUND OFF TOTALS. IN CASE OF VARIATION BETWEEN THE UNIT PRICE AND THE EXTENSION, THE UNIT PRICE WILL BE CONSIDERED TO BE THE BID. IF A MODIFICATION TO A BID BASED ON UNIT PRICES IS SUBMITTED, WHICH PROVIDES FOR A LUMP SUM ADJUSTMENT TO THE TOTAL ESTIMATED COST, THE APPLICATION OF THE LUMP SUM ADJUSTMENT TO EACH UNIT PRICE IN THE BID SCHEDULE MUST BE STATED. IF IT IS NOT STATED, THE BIDDER AGREES THAT THE LUMP SUM ADJUSTMENT SHALL BE APPLIED ON A PRORATA BASIS TO EVERY UNIT PRICE IN THE BID SCHEDULE. IF ITEM NO. 1 IS NOT APPLICABLE BECAUSE THE BID IS UNDER $25,000, THE BIDDER SHOULD STATE "N/A" IN THE SPACE PROVIDED FOR THE AMOUNT.

THE FOLLOWING IS A LIST OF ABBREVIATIONS AND THEIR MEANINGS AS USED IN THE PRICE SCHEDULE UNDER U/M (UNIT OF MEASURE):

| | |
|---|---|
| CD | CUBIC YARDS |
| EA | EACH |
| LB | POUNDS |
| LF | LINEAR FEET |
| SE | SETS |
| SF | SQUARE FEET |
| TN | TONS |

END OF SECTION 00010



Underlined text revised by Amendment No. DACW59-99-B-0001-0002

TABLE OF CONTENTS
SECTION 00600
REPRESENTATIONS & CERTIFICATIONS


| | | | |
|---|---|---|---|
| 1 | 52.203-2 | CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985) | 00600-1 |
| 2 | 52.203-11 | CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991) | 00600-1 |
| 3 | 52.204-3 | TAXPAYER IDENTIFICATION (JUN 1997) | 00600-2 |
| 4 | 52.209-5 | CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996) | 00600-3 |
| 5 | 52.209-7001 | DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 1994) | 00600-4 |
| 6 | 52.214-2 | TYPE OF BUSINESS ORGANIZATION--SEALED BIDDING (JUL 1987) | 00600-5 |
| 7 | 52.219-1 | SMALL BUSINESS PROGRAM REPRESENTATIONS (FEB 1998) | 00600-5 |
| 8 | 52.219-2 | EQUAL LOW BIDS (OCT 1995) | 00600-6 |
| 9 | 52.219-7000 | SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DoD CONTRACTS) (JUN 1997) | 00600-7 |
| 10 | 52.222-22 | PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (APR 1984) | 00600-8 |
| 11 | 52.223-1 | CLEAN AIR AND WATER CERTIFICATION (APR 1984) | 00600-8 |
| 12 | 52.223-13 | CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 1996) | 00600-9 |
| 13 | 52.247-7022 | REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992) | 00600-9 |
| 14 | 52.777-4900 | PLANT AND EQUIPMENT SCHEDULE | 00600-10 |
| 15 | 52.777-4902 | EXPERIENCE RECORD | 00600-10 |