BOND NO.: 1382830 PREMIUM: PAGE ONE OF TWO PAGES

| PAYMENT BOND | DATE BOND EXECUTED (Must be same or later than date of contract) March 25 1999 | FORM APPROVED OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existi data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information .Send comments regarding this burden estimate any other aspect of this collection of information, including suggestions lot reducing this burden, to the FAR Secretariat (VRS). Office OF Federal Acquisiti Washington, DC. 20405; and to the Office of Management and the Budget, Paperwork Reduction Project (9000-0045). Washington, D C 20503

PRINCIPAL (Legal name and business address)

Airport Industrial Park, Inc. d/b/a
P.E.C. Contracting Engineers
4420 Lorigan Street
Pittsburgh, PA 15224

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☑ CORPORATION

STATE OF INCORPORATION
Pennsylvania

SURETY(IES) (Name and business address)

AMWEST SURETY INSURANCE COMPANY

4 NorthShore Center, Ste 500
106 Isabella Street
Pittsburgh,PA 15212

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 1 | 858 | 772 | 40 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 03/25/1999 | DACW59-99-C-0002 |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the penal sum. Fo payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly severally. However, where th Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly" and severally" as well as "severally" on for the purpose of allowing a joint action or actions against any or all of us. For all purposes, each Surety binds itself, jointly and severally wi the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is th full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified abov and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

PRINCIPAL

| | 1. | 2. | 3. |
|---|---|---|---|
| Signature(s) | 1. Paul E. Chambers Pres (Seal) | 2. (Seal) | 3. (Seal) |
| Name(s) & Title(s) (Typed) | 1. Paul E. Chambers President | 2. | 3. |

INDIVIDUAL SURETIES

| | 1. | 2. |
|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) |
| Name(s) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| SURETY A | | | | |
|---|---|---|---|---|
| Name & Address | AMWEST SURETY INSURANCE COMPANY 5 NorthShore Ctr #500, Pittsburgh, PA 15212 | STATE OF INC. NEBRASKA | LIABILITY LIMIT $ 2,510,000.00 | Seal: AMWEST SURETY INSURANCE COMPANY INCORPORATED DEC. 14, 1966 NEBRASKA |
| Signature(s) | 1. James K. Flavion | 2. | | |
| Name(s) & Titles (Typed) | 1. Attorney-in-Fact James K. Flavion | 2. | | |