DEPARTMENT OF THE ARMY
PITTSBURGH DISTRICT, CORPS OF ENGINEERS
WILLIAM S. MOORHEAD FEDERAL BUILDING
1000 LIBERTY AVENUE
PITTSBURGH, PA 15222-4186

REPLY TO
ATTENTION OF:

August 17, 2001

Contracting Division

SUBJECT: Termination for Default, Contract No. DACW59-99-C-0002, New Dock Front at PEWARS

RECEIVED
AUG 2 ? 2001
P.E.C. CONTRACT...

Mr. Paul E. Chambers, President
P.E.C. Contracting Engineers
4420 Lorigan Street
Pittsburgh, Pennsylvania 15224

Dear Mr. Chambers:

Contract number DACW59-99-C-0002, dated December 1, 1998, is hereby terminated for default pursuant to contract clause FAR 52.249-10, Default (Fixed-Price Construction) for the reasons that you have failed to make adequate progress, you have failed to provide an acceptable Payment Bond, and you have failed to pay your subcontractors in accordance with the contract provisions. You were issued a cure notice on July 31, 2001, and you neglected to submit a response or cure these failures. Therefore, I have no alternative but to terminate your contract for default.

Your right to proceed further under the contract is completely terminated, effective immediately upon your receipt of this notice. The work required by the subject contract may be purchased against your account, and you will be held liable for any excess costs.

The Government reserves all rights and remedies provided by law or under the contract, in addition to charging for any excess costs.

You are hereby directed to vacate the contract premises. However, prior to vacating you must secure or otherwise arrange for transfer or relinquishment of all contract materials and supplies relevant to the subject contract. You must also ensure cleanup of the site, protect any serviceable materials remaining at the site, remove any hazards, and take any other necessary steps to leave the site safe and healthful.

This notice constitutes my Final Decision as Contracting Officer that P.E.C. is in default of the subject contract. You have the right to appeal this decision under the Disputes clause to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, Falls Church, Virginia 22041-3208. If you desire to make such an appeal, you must mail or otherwise furnish written notice thereof to the Board of Contract Appeals within 90 days of the date you receive this decision. A copy of your appeal shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate an appeal is intended, reference this decision, and identify the contract by number. The notice shall also include a copy of this decision. With regards to appeals to the Armed Services Board of Contract Appeals you may, solely at your election, proceed under the Board's small claim procedure for claims of $50,000 or less, or its accelerated procedure for claims of $100,000 or less. In lieu of appealing to the Armed Services Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act, 41 U.S.C. 603, regarding maritime contracts) within 12 months from the date you receive this decision.

Sincerely,

Michael S. DeStefano

Michael S. DeStefano
Contracting Officer

Copy Furnished:
CELRD-OC (Gourlay)
Swiss Reinsurance America Corp.
Small Business Administration
SADBU-Pittsburgh District