# In the United States Court of Federal Claims

No. 02-1077 C

(E-Filed: October 22, 2003)

AIRPORT INDUSTRIAL PARK, INC. d/b/a/ P.E.C. CONTRACTING ENGINEERS

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion to Suspend Discovery and Toll Deadlines Pending Resolution of Motion for Summary Judgment filed on September 11, 2003. Plaintiff did not object to the motion.[1] For the reasons stated therein, the court GRANTS defendant's motion. The court's Order of February 13, 2003 set the following deadlines: (1) Fact discovery by January 2, 2004; (2) Expert discovery by January 30, 2004; (3) Expert depositions by February 27, 2004; and (4) Dispositive motions by April 2, 2004. These deadlines are SUSPENDED, and shall be rescheduled as appropriate upon resolution of defendant's motion for summary judgment.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1] Plaintiff's Response to Defendant's Motion to Suspend Discovery was untimely filed. In its response, plaintiff stated "it has no objection to the relief sought."