# In the United States Court of Federal Claims

No. 02-1077 C

(E-Filed: January 20, 2004)

| | |
|---|---|
| AIRPORT INDUSTRIAL PARK, INC. d/b/a/ P.E.C. CONTRACTING ENGINEERS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Due to an electronic filing error, the court's opinion of January 16, 2004 is hereby VACATED. The opinion will be REPLACED with an identical opinion correctly filed on January 20, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge