# In the United States Court of Federal Claims

**No. 02-1077 C**

**AIRPORT INDUSTRIAL PARK, INC.**
**d/b/a P.E.C. CONTRACTING ENGINEERS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's published opinion, filed January 20, 2004, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Acting Clerk of Court

**January 20, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.